**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES WICKARD | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00263  SWW |
| PATIENTPOINT HOSPITAL | * | |
| SOLUTIONS LLC and | * | |
| PATIENTPOINT NETWORK | * | |
| SOLUTIONS LLC, | * | |
| | * | |
| Defendants | * | |
| | * | |

## ORDER

Before the Court is Plaintiff's motion for dismissal with prejudice.  Pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the motion (ECF #2) is GRANTED, and

this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 30TH  DAY OF JUNE, 2014.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE